THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 9, 2013



_____
Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re: | ) | |
|---|---|---|
| JOSEPH C. PETERSON and | ) | Case No. 13-27958-PP |
| JULIE A. PETERSON, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE PARTIES ALLOWING WITHDRAWAL OF FOX RIVER STATE BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONEMENT**

Pursuant to the stipulation by and between the parties,

IT IS HEREBY ORDERED THAT:

1. Commencing with the first month after confirmation of the debtor's plan of reorganization, and continuing for the entire length of the plan, the debtors shall make all required plan payments to the trustee.

2. In the event that Fox River State Bank fails to receive a monthly payment from the Chapter 13 trustee as a direct result of the debtor's failure to make a monthly plan payment to

Drafted By:
Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI 53105
Telephone: (262) 757-8444
Facsimile: (262) 287-9725
Email: anton@nickolailaw.com

the trustee, counsel for Fox River State Bank may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

3. In the event that the debtors fail to make a property tax installment payment involving the subject real estate located at 201 N. Pine Street, Burlington, Wisconsin, within thirty (30) days after the deadline set by the governing municipality, counsel for Fox River State Bank may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

#####

Drafted By:
Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI 53105
Telephone: (262) 757-8444
Facsimile: (262) 287-9725
Email: anton@nickolailaw.com