THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 9, 2013



Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| JOSEPH C. PETERSON and ) | Case No. 13-27958-PP |
| JULIE A. PETERSON, ) | Chapter 13 |
| ) | |
| Debtors. ) | |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE PARTIES ALLOWING WITHDRAWAL OF DEBTORS' MOTION TO COMPEL RECEIVER TO TURNOVER PROPERTY OF THE BANKRUPTCY ESTATE**

Pursuant to the stipulation by and between the parties,

IT IS HEREBY ORDERED THAT:

1. Fox River State Bank (hereinafter "Fox River") shall turnover the investment real estate located at 201 N. Pine Street, Burlington, Wisconsin, 53105 (the "Subject Property"), to the debtors on October 1, 2013.

2. Rental payments made by tenants of the Subject Property shall be paid directly to the debtors, and not to Fox River, beginning with rental payments due for the month of October, 2013.

Drafted By:
Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI 53105
Telephone: (262) 757-8444
Facsimile: (262) 287-9725
Email: anton@nickolailaw.com

3. Fox River shall retain all rents collected from the date of the inception of the receivership through September 30, 2013.

#####

Drafted By:
Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI 53105
Telephone: (262) 757-8444
Facsimile: (262) 287-9725
Email: anton@nickolailaw.com